# EXHIBIT "A"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

KAYIN Z. LATSON, an individual, CITIBANK, N.A.
Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

EVELYN BARNES



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 28 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By: Cristina Grijalva, Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

LOS ANGELES SUPERIOR COURT 111 NORTH HILL ST. LOS ANGELES, CA 90012

CASE NUMBER: *(Número del Caso):*
**21STCV03333**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

EVELYN BARNES 6436 VAN NESS AVE. LOS ANGELES, CA 90047

DATE: **JAN 28 2021**   Clerk, by CRISTINA GRIJALVA, Deputy
*(Fecha)*   SHERRI R. CARTER   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Citbank
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)* 2-1-2021

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

```
1  EVELYN BARNES
   6436 VAN NESS AVE.
2  LOS ANGELES, CA 90047
3  IN PRO PER
```

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 28 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By: Cristina Grijalva, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| EVELYN BARNES<br><br>PLAINTIFF,<br><br>vs.<br><br>KAYIN Z. LATSON, an individual, CITIBANK, N.A.  Does 1 to 10<br><br>DEFENDANT | CASE NO. 21STCV03333<br><br>COMPLAINT FOR:<br><br>1) FRAUD<br>2) NEGLIGENT MISREPRESENTATION |

## GENERAL ALLEGATIONS

1. Plaintiff Evelyn Barnes who is a resident of Los Angeles County, California, as follows:

### I.  INTRODUCTION

2. Evelyn Barnes brings this action as a result of fraudulent and unfair business practices caused by Citibank, N.A. (Citibank).

3. Citibank allowed Kayin Z. Latson to wrongfully withdraw funds without proper documentation.

### II.  JURISDICTION AND VENUE

4. Jurisdiction over the entities is proper under California Code of Civil

COMPLAINT FOR FRAUD Page 1

Procedure § 410.10.

### III. FACTUAL ALLEGATIONS

5. On December 20, 2019, Plaintiff's father Hollis Melvin Latson passed away. At the time of his death, he lived in Los Angeles County.

6. Hollis Melvin Latson had two living children at the time of his death, Evelyn Barnes and Kayin Latson. Evelyn Barnes currently resides in Los Angeles, California, and Kayin A. Latson currently resides in Brooklyn, New York.

7. Hollis Melvin Latson had two bank accounts at Citibank at the time of his death.

8. At the time of his death, account number, 42010523597 had $100,329.77 and account number 42022227567 had $18,753.52.

9. On or about January 16, 2020, Plaintiff Evelyn Barnes contacted Citibank to inform them of the passing of Plaintiff's father Hollis Melvin Latson.

10. Citibank was unaware of the passing of Hollis Melvin Latson until Plaintiff Evelyn Barnes provided that information.

11. Plaintiff Evelyn Barnes inquired if Plaintiff's father Hollis Melvin Latson had a beneficiary on any of his accounts indicated above. Citibank representative informed Plaintiff Evelyn Barnes that her father did not have a beneficiary on his accounts. Plaintiff Evelyn Barnes requested all accounts be flagged/frozen.

12. The Citibank representative instructed Plaintiff Evelyn Barnes to submit a copy of the death certificate along with an affidavit that is required by the bank according to their policy and procedures.

13. On or about January 29, 2020, Plaintiff Evelyn Barnes provided Citibank the affidavit pursuant to California Probate Code §§ 13100-13115 and a copy of the death certificate.

14. Plaintiff Evelyn Bares was informed by Citibank Operations department that a check would be mail to her home within ten days.

### IV. VIOLATIONS ALLEGED
### (FRAUD)

15. Plaintiff re-alleges every allegation set forth in Paragraphs 1-14.

16. Within the 14 days of receiving a check, the Plaintiff instead received a bank statement indicating all accounts were closed and there was a zero balance in all of the accounts.

17. After receiving the zero balances bank statement, Plaintiff contacted Citibank to determine what happen to the money. The Plaintiff was informed that Kayin Z. Latson withdrew all monies.

18. Plaintiff Evelyn Barnes inquired under what authority was Kayin Z. Latson allowed to withdraw all the money from all the accounts. Citibank failed to provide a response.

19. Based on the information and instructions provided by Citibank representative to Plaintiff Evelyn Barnes, Kayin Z. Latson was not authorize to receive any money because the Plaintiff initiated the Citibank to flag/freeze the accounts due to the death.

20. Plaintiff Evelyn Barnes asked if an affidavit was submitted to the bank along with the death certificate from Kayin Z. Latson. Citibank failed to provide a response.

21. Citibank and Kayin Z. Latson both caused fraud. Citibank failed to honor their policy and commitment and Kayin Z. Latson received the money without an affidavit.

## V.   SECOND CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

22. Plaintiff re-alleges every allegation set forth in Paragraphs 15-22

23. Citibank misrepresented their corporation by allowing fraud to.

24. Plaintiff Evelyn Barnes has been substantially harmed by Citibank misrepresentations by allowing her brother to fraudulently withdraw the money from all accounts.

25. Plaintiff has been substantially harmed by the letter received by Citibank indicating they have completed their investigation of the fraud claim.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff request judgment against defendants as follows

1. For general damages according to law and proof;
2. For special damages according to law and proof;
3. For costs of suit;
4. For attorney's Fees;
5. For defendants, and each of them, to return to plaintiffs all funds acquired by means of any act of practice declared by this court to be unlawful or fraudulent.

COMPLAINT FOR FRAUD Page 3

6. Such other relief as the court deems just and proper

DATED: 1/22/21

*Evelyn Barnes*
Evelyn Barnes



FW: - Message (HTML)

File | Message | Tell me what you want to do...

Ignore | Delete | Junk | Reply | Reply All | Forward | Meeting | IM | More | Move to: ? | Team Email | Reply & Delete | To Manager | Done | Create New | Move | Rules | OneNote | Actions | Assign Policy | Mark Unread | Categorize | Follow Up | Translate | Find | Related | Select | Zoom

Delete | Respond | Quick Steps | Move | Tags | Editing | Zoom

Soriano, Kristal [GCB-RTLB] LSI- BRANCH LEGAL DOCUMENTS 1 [redacted]

:

Scanned_from_a_Lexmark_Multifunction_Product02-01-2021-171318.pdf
3 MB

RANKED #1 FOR NATIONAL BANKS #1 ACSI

Citi has once again been rated
#1 in Customer Satisfaction!*
2016 • 2017 • 2019

citibank®



